IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROSS RIVIELLO,

    Plaintiff,

v.

CHASE BANK USA, N.A.,
and JOHN DOES 1-10,
and CORPORATIONS X, Y, Z,

    Defendants.

3:19-CV-0510
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 4TH DAY OF MARCH, 2020,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 8) is **GRANTED**, and Plaintiff's Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge